**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

Date: August 17, 2026

| | | |
|---|---|---|
| ROBERT JOSE TREJO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-01313-JD |
| | ) | |
| WARDEN, Cimarron Correctional | ) | |
| Facility, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTER ORDER:**

The Court is in receipt of Petitioner's Motion to Dismiss filed on August 17, 2026. [Doc. No. 9]. Petitioner seeks to voluntarily dismiss his habeas action. His motion to dismiss was filed after the Respondents filed a response in opposition. [Doc. No. 8].

Upon review and consideration, the Court withdraws the referral to U.S. Magistrate Judge Maxfield [Doc. No. 5] and ORDERS Respondents, if they take any position on the Motion to Dismiss, to file a response by Wednesday, August 19, 2026, or file a motion seeking additional time to respond to the Motion to Dismiss if requested by that same deadline. Otherwise, if the Court receives no response by Respondents to this Order, the Court will view the Motion to Dismiss as unopposed and promptly grant Petitioner's Motion to Dismiss.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By: *<u>/s/ Carol Ditta</u>*
Deputy Clerk