**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ROBERT JOSE TREJO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-01313-JD |
| | ) | |
| WARDEN, Cimarron Correctional Facility, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Before the Court are Petitioner Robert Jose Trejo's Voluntary Dismissal ("Motion to Dismiss") [Doc. No. 9] and Respondents' Response to Petitioner's Motion to Dismiss [Doc. No. 11]. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner's Voluntary Dismissal and Respondents' Response operate on their own terms as a voluntary dismissal without prejudice of the above-captioned case, with each party to bear their own attorneys' fees and costs, and without any action or order required by the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011) (recognizing that a "stipulation of dismissal filed under Rule 41(a)(1)(A)(i) or (ii) is self-executing"). Given the self-executing nature of the dismissal, this Notice by the Court terminates the action and the Motion to Dismiss [Doc. No. 9].

**IT IS SO NOTED** this 20th day of August 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE